[No. 25215-1-I.   Division One.   March 23, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE
BAI FORNAH, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-1-00395-0, Frank L. Sullivan, J., entered
November 3, 1989. *Affirmed* by unpublished opinion per
Pekelis, J., concurred in by Coleman and Baker, JJ.

[No. 24189-3-I.   Division One.   March 23, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
JOSEPH GRETSCH, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-8-00020-4, Maurice Epstein, J. Pro Tem.,
entered April 23, 1990. *Reversed* by unpublished opinion
per Agid, J., concurred in by Grosse, C.J., and Scholfield, J.

[No. 26051-1-I.   Division One.   March 23, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON
KENNETH PYOTT, *Appellant*.

Appeal from judgments of the Superior Court for King
County, No. 89-8-06219-6, Norma Smith Huggins, J.,
entered September 11 and 27, 1990. *Affirmed* by unpub-
lished opinion per Agid, J., concurred in by Scholfield and
Pekelis, JJ.

[No. 24096-0-I.   Division One.   March 23, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS
MAZARIEGOS-GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 88-1-06503-5, Richard M. Ishikawa, J.,
entered March 9, 1989. *Affirmed* by unpublished opinion
per Agid, J., concurred in by Scholfield and Pekelis, JJ.